IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN MAGEE,<br>    PLAINTIFF,<br><br>v.<br><br>VARSITY BRANDS HOLDING CO., INC., ADAM BLUMENFELD, JERRY GARCIA, AND NEW BALANCE ATHLETICS, INC.,<br>    DEFENDANTS. | §§§§§§§§§§§ | CASE NO. 3:24-CV-833 |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant New Balance's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, (ECF No. 21), is **GRANTED**. All of Magee's claims against New Balance are DISMISSED WITHOUT PREJUDICE.[1]

**SO ORDERED this 21st day of January, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Magee has filed an Amended Complaint, which appears to withdraw all claims against New Balance. (*See* ECF No. 39).