IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN MAGEE, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:24-CV-833-E-BK |
| | § | |
| VARSITY BRANDS HOLDING CO., INC. ET AL., | § | |
|     DEFENDANTS. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation in this case. Objections were filed,[1] and the Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants *Varsity Brand Holding Co. LLC, Adam Blumenfeld, and Jerry Garcia's Motion to Dismiss Plaintiff's Amended Complaint with Prejudice* [Doc. 42] is **GRANTED**. The Court dismisses all of Plaintiff Magee's claims and shall enter final judgment by separate order. *See* Fed. R. Civ. P. 54; Fed. R. Civ. P. 58.

**SO ORDERED**: this 3rd day of September, 2025.

*[signature]*
ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Both Plaintiff and Defendants filed objections. (ECF Nos. 51-53).